# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
                                    *
ABM SECURITY SERVICES, INC.,        *
                                    *
                Protestor,          *
                                    *   No. 15-87C
v.                                  *   Filed: January 30, 2015
                                    *
UNITED STATES,                      *
                                    *
                Defendant.          *
                                    *
* * * * * * * * * * * * * * * * *   *
```

### O R D E R

The court is in receipt of plaintiff's January 30, 2015 motion for voluntary dismissal of the above captioned case. Pursuant to plaintiff's motion and Rule 41(a) of the Rules of the United States Court of Federal Claims (2014), the claims in the above captioned case are, hereby, **DISMISSED**, with each party to bear its own costs and fees. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED.**

                                        s/Marian Blank Horn
                                        **MARIAN BLANK HORN**
                                                **Judge**